IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHARLES ANTHONY WOODS,
REG. #14964-045                                                                                    PLAINTIFF

v.                                    2:07CV00096WRW/HDY

AMY CARLTON, et al.                                                                              DEFENDANTS

## ORDER

Plaintiff's motion to voluntarily dismiss his complaint against defendants (DE #13) is hereby GRANTED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of October, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE