IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHARLES ANTHONY WOODS,
REG. #14964-045                                                                                           PLAINTIFF

2:07CV00096WRW/HLJ

AMY CARLTON, et al.                                                                                     DEFENDANTS

<u>ORDER</u>

Plaintiff, a federal inmate incarcerated at the Federal Correctional Institution, Forrest City, Arkansas, filed this civil rights action alleging constitutional violations by the defendants. This Court dismissed plaintiff's action by Order and Judgment dated October 9, 2007 (DE ##14, 15), and plaintiff filed notices of appeal, together with motions to proceed on appeal <u>in forma pauperis</u> (IFP) (DE ##17, 20, 23, 24). By Order dated January 11, 2010, this Court denied plaintiff's IFP motions and directed plaintiff to pay the $455.00 appellate filing fee or file an IFP application with the Eighth Circuit Court of Appeals (DE #25). By Mandate issued April 5, 2010 (DE #32), the United States Court of Appeals for the Eighth Circuit denied plaintiff's IFP motion, and assessed against plaintiff the full $455.00 appellate filing and docketing fees. The Court further remanded the collection of the fees to this Court.

According to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of $455.00 for his appeal. However, plaintiff has not complied with the statutory requirements and has not submitted a certified copy of his Inmate Trust Fund Account Statement. Therefore, prior to assessing the fees against plaintiff, he must submit a certified copy of his Inmate Trust Fund Account Statement. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall submit a trust fund account statement, completed by an authorized official at his institution, within ten days of the date of this Order.

1

The Clerk of the Court shall forward to plaintiff a copy of the Fee Calculation Sheet.

IT IS SO ORDERED this 14th day of April, 2010.

                                              /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE